BORINQUEN TRADING CORPORATION, PLAINTIFF AND APPELLEE,
*v.* HEIRS OF GARCÍA, DEFENDANTS AND APPELLANTS.

APPEAL from the Second District Court of San Juan in an
Action of Debt.—Motion for Dismissal.

No. 2980.—Decided March 8, 1923.

APPEAL—FRIVOLOUS APPEAL.—Where only the pleadings and orders are brought
up to the appellate court and on the face of the proceedings the complaint
appears to be sufficient and the appellants neither appeared or opposed
the motion for dismissal, the said motion should be sustained.

The facts are stated in the opinion.

Mr. E. Rincón for the appellants.

Mr. F. Soto Gras for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

A motion for the dismissal of an appeal recites that ap-
pellee was notified by the secretary of this court of the filing
of the transcript; that appellee was not notified of the filing
of said transcript by appellant nor furnished with a copy
of said transcript as required by the law and the rules of
this court; that as would appear from the transcript itself
there was a trial in which evidence was introduced, yet no
statement of the case or the like was prepared and hence
the appeal was frivolous.

The complaint sets up the sale of an automobile, the
signing by ancestor of defendants of an obligation for the
purchase of an automobile amounting to $1,500 and interest,
and other averments as to the delivery of the automobile and
the like. The defendants answered with a general denial
and setting up a lack of a cause of action. There was a trial
and a judgment for the complainant. At the hearing of this
case the appellants appeared but did not argue the case.

On the face of the proceedings the complaint appears to
be sufficient. The alleged insufficiency of the said complaint
is the only matter that could now be raised. The appeal,
therefore, seems to be frivolous and as appellants have

presented nothing or urged nothing to the contrary, the motion to dismiss should prevail.

*Appeal dismissed.*

Chief Justice Del Toro and Justices Aldrey, Hutchison and Franco Soto concurred.